UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20783-CIV-HOEVELER/O'SULLIVAN

YAKOV LONDON,

    Plaintiff,

v.

VLADIMIR DUBROVIN, an individual,
and SOUTHEAST JET GROUP, INC., a
Florida corporation,

    Defendants.

_____/

## ORDER

    This matter is before the Court on the Defendant Vladimir Dubrovin's Motion to Compel Plaintiff's Deposition (DE # 35, 10/26/13), and the Motion for Plaintiff Yakov London to Appear for Deposition by Remote Means pursuant to Federal Rule of Civil Procedure 30(4) (DE # 37, 10/28/13).  Having reviewed the applicable filings and law, and having held a hearing in this matter, it is

    ORDERED AND ADJUDGED that the Defendant Vladimir Dubrovin's Motion to Compel Plaintiff's Deposition (DE # 35, 10/26/13) and the Motion for Plaintiff Yakov London to Appear for Deposition by Remote Means pursuant to Federal Rule of Civil Procedure 30(4) (DE # 37, 10/28/13) are both GRANTED in part and DENIED in part in accordance with this Order.  It is further

    ORDERED AND ADJUDGED that the deposition of the plaintiff shall occur on April 8, 2014, at 10:00 AM in Miami, Florida.  If the plaintiff is unable to arrive in the United States for his two-week trip that is set to begin on March 30, 2014, due to State Department restrictions, the deposition of the plaintiff shall occur in Paris, France, on

Monday, July 21, 2014, unless the parties agree otherwise, or unless July 21, 2014, is outside the time limits in Judge Hoeveler's forthcoming scheduling Order.  It is further

ORDERED AND ADJUDGED that if the deposition does not occur in Miami, Florida, the plaintiff shall bear the cost of the coach class airfare, one night's hotel stay, and one day of subsistence for both of the defense attorneys in this matter.  The reimbursement for the airfare, hotel, and subsistence shall be for the actual reasonable costs, but shall not exceed the limits described in 28 U.S.C. § 1821, 5 U.S.C. § 5702, and/or 5 U.S.C. § 5704.

DONE AND ORDERED in Chambers, at Miami, Florida, this 18th day of March, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Hoeveler
All Counsel of Record